**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| Randy Nichols and Bonnie L. Nichols, Robb Nichols and Jaci Nichols, Rick Nichols, Jerry Nichols, and Debbie Nichols and Kimberly J. Vachal, Trustee of the Ron Nichols and Sue Nichols Family Mineral Trust UTD March 20, 2008, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| | )     Case No. 4:09-cv-028 |
| vs. | ) |
| Satkin Corporation, et.al. | ) |
| Defendants. | ) |
| | )     **ORDER CONSOLIDATING CASES** |
| | )     **FOR TRIAL** |
| Robby Nichols and Jaci Nichols, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| Satkin Corporation, et. al., | )     Case No. 4:09-cv-029 |
| Defendants. | ) |

The court conducted scheduling conference in the above-entitled actions on July 31, 2009. Pursuant to the parties discussions these actions are consolidated for the purposes of trial only. The parties are to file the appropriate motion or stipulation in the event they want these actions consolidated for all purposes.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge